379 A.2d 615

Commonwealth v. Warfield, Appellant.

Submitted December 6, 1976. Henry J. Lunardi, for appellant; Deborah E. Glass and Steven H. Goldblatt, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.